UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:25-CV-00759-GNS-RSE

CHRISTINA B.                                                                           PLAINTIFF

v.

FRANK BISIGNANO,
Commissioner of Social Security                                           DEFENDANT

## ORDER

The above matter having been referred to the Magistrate Judge who has filed Findings of Fact, Conclusions of Law, and Recommendation (DN 18), no objections having been filed thereto, and the Court having considered the same:

**IT IS HEREBY ORDERED** that the Court **ADOPTS** the Findings of Fact, Conclusions of Law, and Recommendation (DN 22) submitted by the Magistrate Judge, and judgment is **GRANTED** for the Commissioner.  The Clerk shall strike this matter from the active docket.

This is a final and appealable Order, and there is no just cause for delay.

**Greg N. Stivers, Judge**
**United States District Court**
July 23, 2026

cc:      counsel of record